UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANASSEH STOKES,<br><br>    Plaintiff,<br><br>v.<br><br>SBS TRANSPORT, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-02086-JSW<br><br>**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED AGAINST DEFENDANTS HALL AND BADDELEY FOR FAILURE TO PROSECUTE** |

The parties' Joint Case Management Conference Statement indicates that the parties consider Peter Hall and Christopher Baddeley to be party defendants in this action. (*See* Dkt. No. 42, at 2.)  The Court has found nothing in the record to indicate that Hall or Baddeley were served with the Complaint.  Hall and Baddeley have not answered the Complaint or otherwise entered their appearances as pro se defendants, and Plaintiff has not moved to enter default against them.  The Complaint erroneously names Baddeley as "Chris Bradley," and it refers to Hall as "Peter Last Name Unknown."  Those names have not been corrected.  However, Plaintiff's efforts to depose Hall and Baddeley indicate that Plaintiff has been in contact with them regarding this case.

Plaintiff is ORDERED TO SHOW CAUSE, no later than April 2, 2024, why the action should not be dismissed as against Hall and Baddeley for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 18, 2024

_____
JEFFREY S. WHITE
United States District Judge