UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANASSEH STOKES,<br><br>  Plaintiff,<br><br>  v.<br><br>SBS TRANSPORT, LLC, et al.,<br><br>  Defendants. | Case No. 20-cv-02086-JSW<br><br>**ORDER DISMISSING ACTION**<br><br>Re: Dkt. No. 101 |

The parties have filed a status report providing notice of settlement. (Dkt. No. 101.) Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This Order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred by July 17, 2026.

**IT IS SO ORDERED.**

Dated: June 30, 2025

_____
JEFFREY S. WHITE
United States District Judge